**No. 08-11098**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

DIANE G. REED,
Real Party in Interest

    Plaintiff/Appellee

v.

CITY OF ARLINGTON

    DefendantAppellant

# ON APPEAL FROM THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS (FORT WORTH DIVISION)

# MOTION OF THE CLLA FOR LEAVE TO PARTICIPATE
# IN ORAL AGUMENT
# AS AMICUS CURIAE IN SUPPORT OF APPELLANT
# DIANE G. REED

    Stephen W. Sather
    Barbara M. Barron
    **BARRON, NEWBURGER & SINSLEY, PLLC**
    1212 Guadalupe, Suite 104
    Austin, Texas  78701
    (512) 476-9103
    (512) 476-9253 (Facsimile)
    Attorneys for Amicus Curiae

No. 08-11098

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

DIANE G. REED,
Real Party in Interest

    Plaintiff/Appellee

v.

CITY OF ARLINGTON

    DefendantAppellant

# ON APPEAL FROM THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# (FORT WORTH DIVISION)

# MOTION OF THE CLLA FOR LEAVE TO PARTICIPATE
# IN ORAL ARGUMENT
# AS AMICUS CURIAE IN SUPPORT OF APPELLANT DIANE G. REED

TO THE HONORABLE UNITED STATES COURT OF APPEALS:

    COMES NOW the Commercial Law League of America, *Amicus Curiae*, and files this Motion for Leave to Participate in Oral Argument in Support of Appellant Diane G. Reed and would show as follows:

    Pursuant to Fed.R.App. P. 29 and Fifth Circuit Rule 29, the Commercial Law League of America respectfully moves for leave to participate in oral argument

before the *en banc* court.   Appellee Diane G. Reed has agreed to cede Ten minutes of her time to allow the *amicus curiae* to participate in oral argument to express the concerns of the party which would ultimately be most impacted by the *Reed* decision as it now stands.

The Commercial Law League of America (CLLA), founded in 1895, is the nation's oldest organization of attorneys and other experts in credit and finance actively engaged in the field of commercial law, bankruptcy and reorganization. The League's membership, which numbers nearly 2,000 professionals, includes attorneys from large and small firms and bankruptcy judges representing virtually every state, and consists of representatives of divergent interests in bankruptcy cases.  The CLLA has been associated with the representation of creditor interests, while at the same time seeking fair, equitable and efficient administration of bankruptcy cases for all parties in interest.

WHEREFORE, PREMISES CONSIDERED, the Commercial Law League of America prays that the Court grant it leave to participate in oral argument and for such other relief at law and in equity to which it may be entitled.

Respectfully submitted,

**BARRON, NEWBURGER & SINSLEY, P.L.L.C.**
1212 Guadalupe Street, Suite 104
Austin, Texas 78701
(512) 476-9103
(512) 476-9253 (Facsimile)

By: /s/ Stephen W. Sather
_____
Barbara M. Barron
Texas Bar No: 01817300
bbarron@bnpclaw.com
Stephen W. Sather
Texas Bar No: 17657520
ssather@bnpclaw.com

ATTORNEY FOR AMICUS CURIAE

# CERTIFICATE OF CONFERENCE

By my signature below, I hereby certify that I conferred with Todd Hoodenpyle, attorney for Diane G. Reed. Mr. Hoodenpyle agreed to cede up to ten minutes of his time for oral argument.

*/s/Stephen W. Sather*

## CERTIFICATE OF SERVICE

  By my signature above, I hereby certify that a true and correct copy of the foregoing was sent by first class mail postage prepaid this 30th day of April, 2011, to the following:

Michael A. McConnell
Kelly Hart & Hallman, L.P.
201 Main Street, Suite 2500
Fort Worth, Texas 76102

Attorney for Appellant City of Arlington

Todd Hoodenpyle
Singer & Levick, P.C.
16200 Addison Road,
Suite 140
Addison, TX  75001

Attorney for Appellee Diane G. Reed